142 So. 108

### Asa MARKER v. STATE.

#### 7 Div. 127.

Supreme Court of Alabama.

May 12, 1932.

Rehearing Denied June 9, 1932.

McCord & McCord, of Gadsden, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Asa Marker for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Marker v. State, 142 So. 105.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.